S. P. SHOTTER CO. v. LARSEN et al.

(Circuit Court of Appeals, Fifth Circuit. October 14, 1905.)

No. 1,391.

Appeal from the District Court of the United States for the Southern District of Georgia.

See 134 Fed. 705, 67 C. C. A. 259.

Walter G. Charlton, for appellant.
Saml. B. Adams, for appellees.

Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. On rehearing, reargument, and reconsideration, of the record, we find that our former decision as to the state of the record and on the merits of the case was correct; but we now conclude that in passing upon the merits of this appeal all proceedings had in the Circuit Court in the case there pending between the same parties should be ignored, and this appeal be decided without reference thereto.

It is therefore ordered that the decree of the District Court, dismissing the libel, with costs, be, and the same is, hereby reversed, and the cause is remanded, with instructions to enter a decree in favor of the libelant and against claimants of ship Hercules in the sum of $381.04 and costs.